IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CALGON CARBON CORPORATION,      )
                                )
          Plaintiff,            )
                                )
     vs.                        ) Civil Action No. 98-72
                                ) Judge Gary L. Lancaster/
POTOMAC CAPITAL INVESTMENT      ) Magistrate Judge Amy Reynolds Hay
CORPORATION, a Delaware         )
corporation, PROGRESS CAPITAL   )
HOLDINGS, INC., a Florida       )
corporation, FLORIDA PROGRESS   )
CORPORATION, a Florida          )
corporation, and WILLIAM H.     )
ROONEY,                         )
                                )
          Defendants.           ) Re: Doc. 268
```

**ORDER**

AND NOW, this 3rd day of Aug, 2005, after the plaintiff, Calgon Carbon Corporation, filed an action in the above-captioned case, and after defendants Potomac Capital Investment Corporation, Florida Progress Corporation and Progress Capital Holdings, Inc. filed a motion for summary judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendants, and the response to thoese objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment filed by defendants Potomac Capital Investment Corporation, Florida Progress Corporation and Progress Capital Holdings, Inc. is denied.

                                                                             GARY L. LANCASTER
                                                                             United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        James H. McConomy, Esquire
        Beth A. Slagle, Esquire
        Julian E. Neiser, Esquire
        Meyer, Unkovic & Scott, LLP
        1300 Oliver Building
        Pittsburgh, PA 15222-2304

        Bruce A. Baird, Esquire
        Lisa J. Stevenson, Esquire
        Mitchell F. Dolin, Esquire
        Covington & Burling
        1201 Pennsylvania Avenue, N.W.
        Washington, DC 20004

        Gary P. Connelly, Esquire
        David G. Hetzel, Esquire
        Dennis O. Brown, Esquire
        Terry H. Han, Esquire
        Margaret A. Keane, Esquire
        LeBoeuf, Lamb, Greene & MacRae
        420 Fort Duquesne Boulevard
        One Gateway Center, Suite 1600
        Pittsburgh, PA 15222-1437

        Patricia L. Dodge, Esquire
        Metz Lewis LLC
        11 Stanwix Street
        18th Floor
        Pittsburgh, PA 15222