IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>POTOMAC CAPITAL INVESTMENT, a<br>Delaware Corporation; PROGRESS<br>CAPITAL HOLDINGS, INC., a<br>Florida Corporation; and<br>FLORIDA PROGRESS CORPORATIONS<br>a Florida Corporation,<br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 98-72<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court has determined that parties shall be "on the clock" for this trial. Plaintiffs and Defendants will each have 25 hours to present their case, for a total of 50 hours of trial time. Defendants may allocate their 25 hours among themselves as they see proper. The 25 hours includes opening statements, closing statements, direct examination and cross-examination. The parties are permitted to allocate their time among these activities as they see fit; however, they are advised that <u>no additional</u> <u>time</u> will be granted for any reason.

BY THE COURT:

_____, J.

Date: December 28, 2006.

cc:   All Counsel of Record