IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,<br>      Plaintiff,<br><br>v.<br><br>POTOMAC CAPITAL INVESTMENT, a<br>Delaware Corporation; PROGRESS<br>CAPITAL HOLDINGS, INC., a<br>Florida Corporation; and<br>FLORIDA PROGRESS CORPORATIONS<br>a Florida Corporation,<br>      Defendants. | Civil Action No. 98-72 |

O R D E R

Therefore, this 31 day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE THAT THE PERCENTAGE OF COMPLETION METHOD OF ACCOUNTING IS NOT IN COMPLIANCE WITH GAAP [document #333] is DENIED for the reasons set forth by this Court in its August 3, 2005 order [document #307].

BY THE COURT:

_____, J.

cc:   All Counsel of Record