IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,  )<br>      Plaintiff,  )<br>      )<br>v.  )<br>      )<br>POTOMAC CAPITAL INVESTMENT, a  )<br>Delaware Corporation; PROGRESS  )<br>CAPITAL HOLDINGS, INC., a  )<br>Florida Corporation; and  )<br>FLORIDA PROGRESS CORPORATIONS  )<br>a Florida Corporation,  )<br>      Defendants.  ) | Civil Action No. 98-72 |

O R D E R

Therefore, this 31st day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO PLAINTIFF'S FRAUD, NEGLIGENCE AND NEGLIGENT MISREPRESENTATION CLAIMS [document #334] is DENIED for the reasons set forth by this Court in its August 3, 2005 order [document #307].

BY THE COURT:

_____, J.

cc: All Counsel of Record