IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 98-72 |
| ) | |
| POTOMAC CAPITAL INVESTMENT, a ) | |
| Delaware Corporation; PROGRESS ) | |
| CAPITAL HOLDINGS, INC., a ) | |
| Florida Corporation; and ) | |
| FLORIDA PROGRESS CORPORATIONS ) | |
| a Florida Corporation, ) | |
| Defendants. ) | |

ORDER

Therefore, this 31st day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO EXCLUDE USE OF EVIDENCE OF THE BONUSES PAID TO AST MANAGEMENT EMPLOYEES AS PROOF OF SCIENTER [document #336] is DENIED for the reasons set forth by this Court in its August 3, 2005 order [document #307].

BY THE COURT:

_____, J.

cc: All Counsel of Record