IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 98-72 |
| ) | |
| POTOMAC CAPITAL INVESTMENT, a ) | |
| Delaware Corporation; PROGRESS ) | |
| CAPITAL HOLDINGS, INC., a ) | |
| Florida Corporation; and ) | |
| FLORIDA PROGRESS CORPORATIONS ) | |
| a Florida Corporation, ) | |
| Defendants. ) | |

O R D E R

Therefore, this 31 day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE INVOLVING PLAINTIFF'S FAS-38 ACCOUNTING ADJUSTMENT [document #339] is DENIED for the reasons set forth by this Court in its September 24, 2003 order [document #265].

BY THE COURT:

_____, J.

cc:   All Counsel of Record