IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>POTOMAC CAPITAL INVESTMENT, a )<br>Delaware Corporation; PROGRESS )<br>CAPITAL HOLDINGS, INC., a )<br>Florida Corporation; and )<br>FLORIDA PROGRESS CORPORATIONS )<br>a Florida Corporation, )<br>      Defendants. ) | Civil Action No. 98-72 |

O R D E R

Therefore, this 31 day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATING TO ARTHUR ANDERSEN'S GUIDELINE PUBLICLY TRADED VALUATION [document #340] is DENIED for the reasons set forth by this Court in its September 24, 2003 order [document #265].

BY THE COURT:

_____, J.

cc:   All Counsel of Record