IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>POTOMAC CAPITAL INVESTMENT, a )<br>Delaware Corporation; PROGRESS )<br>CAPITAL HOLDINGS, INC., a )<br>Florida Corporation; and )<br>FLORIDA PROGRESS CORPORATIONS )<br>a Florida Corporation, )<br>     Defendants. ) | Civil Action No. 98-72 |

O R D E R

Therefore, this 31 day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF EXPENDITURES ON JOBS THAT WERE NOT SHIPPED, ASSEMBLED, OR INSTALLED UNTIL AFTER THE CLOSING AND FOR PROBLEMS THAT DID NOT ARISE UNTIL AFTER THE CLOSING [document #343] is DENIED for the reasons set forth by this Court in its September 24, 2003 order [document #265].

BY THE COURT:

_____, J.

cc:   All Counsel of Record