IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,<br>        Plaintiff,<br><br>   v.<br><br>POTOMAC CAPITAL INVESTMENT, a<br>Delaware Corporation; PROGRESS<br>CAPITAL HOLDINGS, INC., a<br>Florida Corporation; and<br>FLORIDA PROGRESS CORPORATIONS<br>a Florida Corporation,<br>        Defendants. | )<br>)<br>)<br>)  Civil Action No. 98-72<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Therefore, this 31 day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO PRECLUDE ARTHUR ANDERSEN FROM TESTIFYING TO ENGINEERING OPINIONS AT TRIAL [document #344] is DENIED for the reasons set forth by this Court in its September 24, 2003 order [document #265].

BY THE COURT:

_____, J.

cc:   All Counsel of Record