IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,<br>   Plaintiff,<br><br>  v.<br><br>POTOMAC CAPITAL INVESTMENT, a<br>Delaware Corporation; PROGRESS<br>CAPITAL HOLDINGS, INC., a<br>Florida Corporation; and<br>FLORIDA PROGRESS CORPORATIONS<br>a Florida Corporation,<br>   Defendants. | Civil Action No. 98-72 |

## O R D E R

Therefore, this _31_ day of December, 2006, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF NON-WARRANTY EXPENDITURES [document #345] is DENIED for the reasons set forth by this Court in its September 24, 2003 order [document #265].

BY THE COURT:

_____, J.

cc: All Counsel of Record