IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,<br>     Plaintiff,<br><br>    v.<br><br>POTOMAC CAPITAL INVESTMENT, a<br>Delaware Corporation; PROGRESS<br>CAPITAL HOLDINGS, INC., a<br>Florida Corporation; and<br>FLORIDA PROGRESS CORPORATIONS<br>a Florida Corporation,<br>     Defendants. | )<br>)<br>)<br>)  Civil Action No. 98-72<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Therefore, this 11 day ~~of~~ to January, 2007, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE SUPPORTING PLAINTIFF'S CLAIMS UNDER THE PENNSYLVANIA SECURITIES ACT [document #332] is ~~DENIED~~. Denied as moot

BY THE COURT:

_____, J.

cc: All Counsel of Record