IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,<br>Plaintiff,<br><br>v.<br><br>POTOMAC CAPITAL INVESTMENT, a<br>Delaware Corporation; PROGRESS<br>CAPITAL HOLDINGS, INC., a<br>Florida Corporation; and<br>FLORIDA PROGRESS CORPORATIONS<br>a Florida Corporation,<br>Defendants. | Civil Action No. 98-72 |

O R D E R

Therefore, this 11th day of January, 2007, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE RELATED TO AST'S FINANCIAL PROJECTIONS [document #337] is DENIED.

BY THE COURT:

_____, J.

cc:  All Counsel of Record