IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>POTOMAC CAPITAL INVESTMENT, a )<br>Delaware Corporation; PROGRESS )<br>CAPITAL HOLDINGS, INC., a )<br>Florida Corporation; and )<br>FLORIDA PROGRESS CORPORATIONS )<br>a Florida Corporation, )<br>      Defendants. ) | Civil Action No. 98-72 |

O R D E R

Therefore, this 11th day of January, 2007, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM TAKING POSITIONS CONTRARY TO THOSE ASSERTED IN THE EICHROM LAWSUIT [document #338] is DENIED.

BY THE COURT:

_____, J.

cc: All Counsel of Record