IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION,<br>      Plaintiff,<br><br>      v.<br><br>POTOMAC CAPITAL INVESTMENT, a<br>Delaware Corporation; PROGRESS<br>CAPITAL HOLDINGS, INC., a<br>Florida Corporation; and<br>FLORIDA PROGRESS CORPORATIONS<br>a Florida Corporation,<br>      Defendants. | Civil Action No. 98-72 |

O R D E R

Therefore, this 11th day of January, 2007, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONY BECAUSE THE PROPOSED EXPERTS ARE NOT REPRESENTATIVES OF ARTHUR ANDERSEN [document #341] is DENIED.

BY THE COURT:

_____, J.

cc:  All Counsel of Record