IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALGON CARBON CORPORATION, )<br>            Plaintiff,     )<br>                             )<br>    v.                       )<br>                             )<br>POTOMAC CAPITAL INVESTMENT, a )<br>Delaware Corporation; PROGRESS )<br>CAPITAL HOLDINGS, INC., a    )<br>Florida Corporation; and     )<br>FLORIDA PROGRESS CORPORATIONS )<br>a Florida Corporation,       )<br>            Defendants.      ) | Civil Action No. 98-72 |

O R D E R

Therefore, this 11th day of January, 2007, IT IS HEREBY ORDERED that DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM INTRODUCING ANY EVIDENCE RELATED TO CLAIMS AND/OR DAMAGES NOT CONTAINED IN ITS CONTRACTUALLY REQUIRED WRITTEN DECLARATION [document #349] is DENIED.

BY THE COURT:

_____, J.

cc:   All Counsel of Record